

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEL
F. #2014R00003

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2018

<u>BY HAND DELIVERY AND ECF</u>

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Khosrow Hakimian</u>
       <u>Criminal Docket No. 18-71 (ARR)</u>

Dear Judge Ross and Judge Garaufis:

  Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case ("Khosrow Hakimian") is presumptively related to <u>United States v. Parviz Hakimian</u>, No. 18-CR-70 (NGG) ("Parviz Hakimian").

  Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

  This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). This case is presumptively related to Parviz Hakimian because the facts of Khosrow Hakimian's case arise out of the same criminal transactions and events as charged in Parviz Hakimian. Specifically, Parviz and Khosrow Hakimian are brothers who both held undisclosed foreign bank accounts in Israel. During the relevant years, the accounts were held separately and

jointly and contained millions of dollars. As the case is thus presumptively related, the government respectfully submits that reassignment would be appropriate, as it would likely result in a significant savings of judicial resources and serve the interests of justice.

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

                    By:      /s/
                                          Margaret Lee
                                          Assistant United States Attorney
                                          (718) 254-6205

cc:    Matin Emouna, Esq. (counsel for Parviz Hakimian) (by email)
        Joseph Conway, Esq. (counsel for Khosrow Hakimian) (by email)